# STATE OF LOUISIANA

## COURT OF APPEAL, FIRST CIRCUIT

WILLIAM E. BARTEL, AS
PERSONAL REPRESENTATIVE OF
THE ESTATE OF ROY R. LEE

VERSUS

ALCOA STEAMSHIP COMPANY,
INC.; APEX MARINE CORP.,
INDIVIDUALLY AND/OR AS
SUCCESSOR-IN-INTEREST TO
TRINIDAD CORPORATION;
CROWLEY MARINE SERVICES,
INC., AS SUCCESSOR BY MERGER
TO DELTA STEAMSHIP LINES,
INC. F/K/A MISSISSIPPI
SHIPPING CO., INC.; DELTA
STEAMSHIP LINES INC.,
MATHIASEN TANKER IND. INC,
OGDEN LEADER TRANSPORT INC.,
OGDEN MARINE INC., PAN
ATLANTIC STEAMSHIP CO. AND
WATERMAN STEAMSHIP
CORPORATION

NO.   2025 CW 0496

**AUGUST 29, 2025**

---

In Re:   Alcoa Steamship Company, Inc., Trinidad Corporation, Crowley Marine Services, Inc. F/K/A Delta Steamship Lines, Inc., F/K/A Mississippi Shipping Co., Inc., Mathiasen's Tanker Industries, Inc., Improperly referred to as "Mathiasen Tanker Ind. Inc.," Ogden Leader Transport, Inc., Ogden Marine Inc., and Residual Enterprises Corporation as Successor in the interest to SL Service, Inc., F/K/A Sea-Land Service, Inc. F/K/A Pan-Atlantic Steamship Corporation, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 629004.

---

BEFORE:   THERIOT, PENZATO, AND BALFOUR, JJ.

WRIT DENIED.

AHP
KEB

**Theriot, J.** would issue a briefing schedule pursuant to La. Code Civ. P. art. 966(H).

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT